

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2015

No. 04-15-00464-CV

**IN THE INTEREST OF A.A.R., A.S.N., C.G.N. AND J.A.G., CHILDREN,**

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 30,953
Honorable Enrique Fernandez, Judge Presiding

## O R D E R

Appellant's brief was originally due on September 28, 2015.  Appellant seeks a 30-day extension in this appeal from an order terminating appellant's parental rights.  Because this is an accelerate appeal, this Court may not grant a 30-day extension of time.

It is ORDERED the motion is GRANTED in part. Appellant must file the brief on or before October 12, 2015.  In light of the delay in getting the reporter's record filed in this case, **NO FURTHER REQUESTS FOR EXTENSIONS OF TIME WILL BE ALLOWED.**

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2015.

_____
Keith E. Hottle
Clerk of Court